ORDERED.

Dated:  February 17, 2017

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

Franklin Steven Bishop,                                    Judge Karen S. Jennemann

                                               Case No. 6:16-bk-07247-KSJ

     Debtor.                                                     Chapter 7

_____/

**ORDER GRANTING MB FINANCIAL BANK'S
<u>MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC NO. 7)</u>**

THIS Case is before the Court on the Motion for Relief from the Automatic Stay filed by MB Financial Bank ("Movant") (Doc No. 7).  (1) The Motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to respond within 21 days of the date of service; (2) No party filed a response within the time permitted; and (3) The Court considers the matter to be unopposed.  Accordingly, it is

     **ORDERED**:

1. The Motion for Relief from the Automatic stay is granted;

2. The Automatic Stay imposed by 11 U.S.C. §362 is lifted as to Movant and it may proceed with the foreclosure of its lien on the following property:

    2013 Victory Highball, bearing the VIN No. 5VPWB36N0D3020523

3. This Order lifting the automatic stay is entered for the sole purpose of allowing Movant to pursue its lawful *in rem* remedies as to the above-described property and said creditor shall neither seek nor obtain an *in personam* judgment against the Debtor(s).

Attorney Joseph M. McCandlish is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of the entry of this order.

WWR#21290308